**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

G-CONCEPT LIMITED,

                           **Plaintiff,**               14 Cv. 6581 (JGK)

              - against -                    MEMORANDUM OPINION &
                                             ORDER

A.H. SCHREIBER CO. INC.,

                           **Defendant.**

**JOHN G. KOELTL, District Judge:**

       The Court has received the Report and Recommendation of Magistrate Judge Francis dated May 22, 2015, after an inquest on damages following this Court's determination that the plaintiff was entitled to a default judgment against the defendant.  No objections have been filed to the Report and Recommendation, and the time for such objections has passed.  The Court has also reviewed the Report and Recommendation and finds that it should be adopted.

       The Court therefore adopts the Report and Recommendation and directs the Clerk to enter Judgment in accordance with that Report and Recommendation, namely in the amount of $ 2,790,595.00, plus prejudgment interest at nine percent per annum accruing from January 16, 2014, to the date of Judgment.

The Clerk is directed to **enter Judgment accordingly and to close this case.**

**SO ORDERED.**


**Dated:      New York, New York**
**June 17, 2015**                    _____/s/_____

                                         **John G. Koeltl**
                                 **United States District Judge**